| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>BREYER, STEPHEN G. | 2. Court or Organization<br><br>U.S. SUPREME COURT | 3. Date of Report<br><br>05/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOC. JUSTICE SUPREME COURT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>SUPREME COURT OF UNITED STATES<br>1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE   2011 MAY 17  A  9: 53   RECEIVED

Breyer, Stephen G.

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | RANDOM HOUSE, INC.; ROYALTY INCOME | $59,611.60 |
| 2. 2010 | THE ADMINISTRATORS OF TULANE EDUCATIONAL FUND; TEACHING | $18,405.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | PSYCHOLOGY PRACTICE |
| 2. 2010 | DANA-FARBER CANCER INSTITUTE -SALARY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | MARIE-ANNE FRISON ROCHE CONSEIL, PARIS | JANUARY 22-25, 2010 | PARIS, FRANCE | PARTICIPANT IN 'CONSEIL ECONOMIQUE SOCIALE ET ENVIRONMENTAL' EVENT | AIRFARE & MEALS |
| 2. | SOUTHERN METHODIST UNIVERSITY (DEAN ATTANASIO) | JANUARY 31 - FERUARY 6, 2010 | PARIS, FRANCE | PARTICIPANT IN VARIOUS PARIS EVENTS | AIRFARE |
| 3. | SOUTHERN METHODIST UNIVERSITY (DEAN ATTANASIO) | FERUARY 6-10, 2010 | LUXEMBOURG | PARTICIPANT IN EUROPEAN COURT OF JUSTICE | AIRFARE, LODGING & MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2011 |

| | | | | |
|---|---|---|---|---|
| 4. | YALE LAW SCHOOL | FEBRUARY 15-16, 2010 | HARTFORD, CT | LECTURE | LODGING & MEALS |
| 5. | DUKE UNIVERSITY (DEAN LEVI) | APRIL 13-14, 2010 | RALEIGH-DURHAM, NC | LECTURE | AIRFARE, LODGING & MEALS |
| 6. | OXFORD UNIVERSITY | APRIL 16-17, 2010 | NEW YORK CITY, NY | PANEL MEMBER FOR OXFORD REUNION WEEKEND | AIRFARE, LODGING & MEALS |
| 7. | NEW YORK HISTORICAL SOCIETY | APRIL 21, 2010 | NEW YORK CITY, NY | LECTURE | ,AIRFARE & MEAL |
| 8. | OXFORD UNIVERSITY | JUNE 21-23, 2010 | CAMBRIDGE, UK | RECIPIENT OF AN HONORARY DEGREE | AIRFARE, LODGING, LOCAL TRANSPORTATION & MEALS |
| 9. | PARIS BAR ASSOCIATION | JUNE 25-26, 2010 | PARIS, FRANCE | PARTICIPANT IN BICENTENNIAL | TRANSPORTATION, LODGING & MEALS |
| 10. | CERCLE DES ECONOMISTES | JULY 2-4, 2010 | MARSIELLE, FRANCE | PANEL MEMBER | LODGING, MEALS, & HALF OF AIRFARE |
| 11. | TULANE SUMMER PROGRAM | JULY 6-16, 2010 | CAMBRIDGE, UK | TEACHING TWO WEEK CLASS AT TRINITY COLLEGE | LODGING, CAR RENTAL & HALF OF AIRFARE |
| 12. | SUN VALLEY WRITERS' CONFERENCE | AUGUST 19-23, 2010 | KETCHUM, IDAHO | PARTICIPANT IN SEVERAL READINGS AND BOOK EVENTS | AIRFARE, LODGING & MEALS |
| 13. | ALFRED KNOPF PUBLISHING | SEPTEMBER 13, 2010 | NEW YORK CITY | BOOK EVENT - VARIOUS INTERVIEWS | TRAIN FARE TO NEW YORK CITY, AIRFARE TO DC |
| 14. | ALFRED KNOPF PUBLISHING | SEPTEMBER 14-15, 2010 | LOS ANGELES, CA | BOOK EVENT - VARIOUS INTERVIEWS | AIRFARE |
| 15. | ALFRED KNOPF PUBLISHING | SEPTEMBER 16, 2010 | SAN FRANCISCO, CA | BOOK EVENT - CITY ARTS & LECTURES | AIRFARE |
| 16. | ALFRED KNOPF PUBLISHING | SEPTEMBER 20, 2010 | NEW YORK CITY, NY | BOOK EVENT - NY PUBLIC LIBRARY | AIRFARE |
| 17. | ALFRED KNOPF PUBLISHING | SEPTEMBER 21, 2010 | SPRINGFIELD, MA | BOOK EVENT - SPRINGFIELD PUBLIC FORUM | TRAIN FARE |
| 18. | CARDOZO LAW SCHOOL | OCTOBER 17-18, 2010 | NEW YORK CITY, NY | PANEL MEMBER AT PAUL VERKUIL CONFERENCE | AIRFARE, DINNER |
| 19. | ALFRED KNOPF PUBLISHING | OCTOBER 18, 2010 | PITTSBURGH, PA | BOOK EVENT - DRUE HEINZ LECTURE | AIRFARE |
| 20. | ALFRED KNOPF PUBLISHING | OCTOBER 19, 2010 | PHILADELPHIA, PA | BOOK EVENT - CONSTITUTION CENTER | AIRFARE |
| 21. | TEXAS TECH UNIVERSITY | NOVEMBER 12-14, 2010 | LUBBOCK, TX | SPEAKING EVENT WITH JUSTICE SCALIA | PRIVATE PLANE, LODGING & MEALS |
| 22. | VANDERBILT UNIVERSITY | NOVEMBER 15-16, 2010 | NASHVILLE, TN | SPEAKING AT THE LAW SCHOOL | AIRFARE, LODGING & MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2011 |

23. THE STRATEGIC FORUM    DECEMBER 13-14, 2010    MIAMI, FL    2010 LEADERSHIP AWARD DINNER    AIRFARE, LODGING & MEALS

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INVESTMENTS- PAINE WEBBER: | | | | | | | | | |
| 2. GENZYME CPR - RESTRICTED | A | Interest | J | W | | | | | |
| 3. SMITH BARNEY CITIGROUP IRA ACCOUNT: | | | | | | | | | |
| 4. CITIBANK NA BANK DEPOSIT PROGRAM | A | Interest | M | T | | | | | |
| 5. U.S. TREASURY NOTE 8/15/13 | B | Interest | K | T | | | | | |
| 6. U.S. TREASURY NOTE 8/15/10 | A | Interest | | | Matured | 08/15/10 | K | A | |
| 7. U.S. TREASURY NOTE 2/15/11 | B | Interest | K | T | | | | | |
| 8. IRA ACCOUNT: | | | | | | | | | |
| 9. DWS (FKA SCUDDER) CORE PLUS INCOME FUND | A | Dividend | K | T | | | | | |
| 10. DWS (FKA SCUDDER) LARGE CAPITAL VALUE FUND | B | Dividend | L | T | | | | | |
| 11. OTHER HOLDINGS: | | | | | | | | | |
| 12. DWS (FKA SCUDDER) CORE PLUS INCOME FUND - IRA | A | Dividend | K | T | | | | | |
| 13. BANK OF AMERICA - CHECKING | A | Interest | K | T | | | | | |
| 14. TIAA/CREF | E | Interest | P1 | T | | | | | |
| 15. TRUST: | | | | | | | | | |
| 16. TAI SHAN FUND (FKA CHINA PARTNERS, L.P.) | E | Int./Div. | M | U | | | | | |
| 17. CLAFLIN CAPITAL, VI | A | Distribution | | | Redeemed | 10/31/10 | J | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| (See Columns C1 and D3) | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WINDSOR FUND | A | Dividend | J | T | | | | | |
| 19. AUTOMATIC DATA PROCESSING INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 20. SIGMA ALDRICH CORP. COMMON STOCK | A | Dividend | L | T | | | | | |
| 21. CINTAS CORP. COMMON STOCK | B | Dividend | L | T | | | | | |
| 22. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | | | | | |
| 23. VANGUARD S&P 500 INDEX FUND | C | Dividend | N | T | | | | | |
| 24. NOVARTIS AG SPONSORED ADR | B | Dividend | L | T | | | | | |
| 25. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | U | | | | | |
| 26. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | U | | | | | |
| 27. ISHARES MSCI PAC EX-JAPAN INDEX FD | A | Dividend | K | T | | | | | |
| 28. ISHARES MSCI EMERGING MARKETS IDX FD | A | Dividend | K | T | | | | | |
| 29. ISHARES MSCI EAFE INDEX FD | A | Dividend | K | T | | | | | |
| 30. U.S. TREASURY BILL - 8/15/13 | B | Interest | K | T | | | | | |
| 31. U.S. TREASURY BILL - 3/15/10 | B | Interest | | | Matured | 03/15/10 | L | A | |
| 32. VANGUARD DIVIDEND GROWTH FUND -IV | B | Dividend | M | T | | | | | |
| 33. VANGUARD MID-CAP INDEX FUND -A | A | Dividend | L | T | | | | | |
| 34. DODGE & COX INTERNATIONAL STOCK FUND | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ROYCE LOW-PRICED STOCK SERVICE FUND | A | Dividend | L | T | | | | | |
| 36. OAKMARK INTERNATIONAL FUND - I | A | Dividend | L | T | | | | | |
| 37. FEDERATED US TREASURY CASH RSV FD-I | A | Dividend | K | T | | | | | |
| 38. U.S. TREASURY BILL - 5/31/10 | A | Interest | | | Matured | 05/31/10 | J | A | |
| 39. INTERSENSE INC. CLASS C PREFERRED SERIES C-1 | | None | J | T | | | | | |
| 40. INTERSENSE INC. CLASS A PREFERRED SERIES A-2 | | None | J | T | | | | | |
| 41. INTERSENSE INC. CLASS B PREFERRED SERIES B-1 | | None | J | T | | | | | |
| 42. U.S. TREASURY BILL - 6/2/11 | A | Interest | L | T | Buy | 06/14/10 | L | | |
| 43. OTHER ASSETS: | | | | | | | | | |
| 44. WAL-MART STORES INC. COMMON STOCK | A | Dividend | | | Sold | 01/04/10 | K | C | |
| 45. TIAA/CREF RETIREMENT ACCOUNT | A | Dividend | K | T | | | | | |
| 46. SK-N-A NATIONAL BANK SAVINGS ACCT | A | Interest | J | T | | | | | |
| 47. PEARSON ORD. STOCK | F | Dividend | O | T | | | | | |
| 48. RENTAL PROPERTY - NEVIS WEST INDIES | A | Rent | M | W | | | | | |
| 49. TOTAL FINA SA SPONSORED ADR | C | Dividend | K | T | | | | | |
| 50. NOKIA CORP. ADS | B | Dividend | K | T | Sold (part) | 06/08/10 | J | D | |
| 51. LAND IN CONCORD, MA | | None | L | W | | | | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
   (See Column C2)            U =Book Value              V =Other                    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LAND IN PLAINFIELD, NH | | None | N | W | | | | | |
| 53. HEINZ HJ CO - COMMON STOCK | B | Dividend | K | T | | | | | |
| 54. IBM - COMMON STOCK | B | Dividend | L | T | | | | | |
| 55. LOWES COMPANIES INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 56. PACCAR INC - COMMON STOCK | B | Dividend | M | T | | | | | |
| 57. QUEST DIAGNOSTICS INC. - COMMON STOCK | A | Dividend | L | T | | | | | |
| 58. UNITED TECHNOLOGIES CORP - COMMON STOCK | B | Dividend | L | T | | | | | |
| 59. AMGEN INC - COMMON STOCK | | None | K | T | | | | | |
| 60. CISCO SYSTEMS INC - COMMON STOCK | | None | K | T | | | | | |
| 61. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 62. SSGA MONEY MARKET FUND | A | Dividend | L | T | | | | | |
| 63. NESTLE SA - COMMON STOCK | B | Dividend | K | T | | | | | |
| 64. SUNCOR ENERGY INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 65. BHP BILTON LTD | B | Dividend | L | T | | | | | |
| 66. CAMBRIDGE, MA 4.00% 01/01/2014 | C | Interest | L | T | | | | | |
| 67. HOPKINTON, MA 4.00% 07/01/2011 | C | Interest | L | T | | | | | |
| 68. SCITUATE, MA 4.50% 09/15/2013 | C | Interest | | | Sold | 09/15/10 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | P =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | SHARON, MA 4.00% 9/15/2013 | C | Interest | L | T | | | | | |
| 70. | KING PHILIP REG. SCHOOL DISTRICT, MA 4.25% 12/15/2012 | C | Interest | L | T | | | | | |
| 71. | EMC CORP MASS - COMMON STOCK | | None | L | T | | | | | |
| 72. | WELLESLEY MASSACHUSETTS GENERAL OBLIGATION 4.00% 06/01/2012 | C | Interest | L | T | | | | | |
| 73. | JOHNSON CONTROLS INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 74. | STANCROFT TRUST LIMITED | D | Dividend | M | W | | | | | |
| 75. | FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | | None | J | T | | | | | |
| 76. | EATON VANCE GROWTH FUND -A | | None | M | T | | | | | |
| 77. | EATON VANCE LARGE CAP GROWTH FUND - I | | None | M | T | | | | | |
| 78. | EATON VANCE LARGE CAP VALUE FUND - I | B | Dividend | M | T | Buy (add'l) | 03/10/10 | J | | |
| 79. | | | | | | Buy (add'l) | 06/10/10 | J | | |
| 80. | | | | | | Buy (add'l) | 09/10/10 | J | | |
| 81. | | | | | | Buy (add'l) | 12/30/10 | J | | |
| 82. | EATON VANCE TAX M S/C | | None | K | T | | | | | |
| 83. | EATON VANCE INTERNATIONAL EQUITY-I | A | Dividend | K | T | Buy (add'l) | 12/30/10 | J | | |
| 84. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE REPORT WAS PREPARED BY:

LEON M. REIMER & CO., P.C.
805 THIRD AVENUE
NEW YORK, NEW YORK 10022

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544